IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| ERIC JUNA COX, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:04-CV-612-F |
| | ) | WO |
| ALABAMA STATE BAR, | ) | |
| | ) | |
| Defendant. | ) | |

**<u>ORDER</u>**

This cause is before the Court on the Defendant's Motion for Certification of Appealablility [sic] and Entry of Judgment Pursuant to Rule 54(b) (Doc. #48), filed June 9, 2005. Upon review of this Motion, the Court finds that the relief requested pursuant to Federal Rule of Civil Procedure 54(b) is inappropriate at this time. Neither the denial of the Plaintiff's motion for summary judgment nor the resolution of the jurisdiction issue can properly be considered as "one or more but fewer than all of the *claims* or *parties*" in the case; nor is this a case where "more than one claim for relief is presented." Rule 54(b) (emphasis added). Therefore, the Court cannot enter a final judgment in this case as requested. Moreover, to the extent that the Defendant is attempting to request that the jurisdiction issue in this case be certified for interlocutory appeal, the Defendant has neither cited the correct authority nor demonstrated that it meets the applicable legal standard. Therefore, it is hereby

ORDERED that the Motion for Certification of Appealablility [sic] and Entry of

Judgment Pursuant to Rule 54(b) (Doc. # 48) is DENIED.

DONE this 23rd day of June, 2005.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE